## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ERNEST ROSS MAURINO JR,**

      **Plaintiff,**

    **vs.**                       **NO. 21-cv-311-SMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and good cause appearing,

**IT IS HEREBY ORDERED** that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g)[1] and REMANDED to the Commissioner for further administrative proceedings.

Dated:  February 1, 2022

BY THE COURT:

THE HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 2/1/22*
DAVID I. BLOWER
Special Assistant United States Attorney

---

[1]  The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

*Electronically approved 2/1/22*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff