IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ERNEST ROSS MAURINO, JR,**

    Plaintiff,

v.                                                                       21-cv-0311 SMV

**KILOLO KIJAKAZI,**

Acting Commissioner of Social Security Administration,[1]

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 26], in an Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] *See* Fed. R. Civ. P. 25(d).